Raymond J. SMOLSKY, and all
Pennsylvania Prisoners

v.

PENNSYLVANIA GENERAL ASSEM-
BLY AND LEGISLATURES OF THE
COMMONWEALTH OF PENNSYL-
VANIA, et al., and The State Depart-
ment of Corrections of the Common-
wealth of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

Aug. 20, 2012.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of August,
2012, the Order of the Commonwealth
Court is AFFIRMED.

Rey HENRIQUEZ, Appellant

v.

DEPARTMENT OF CORRECTIONS,
Superintendent of Sci Coal Township,
Unit Manager D–Block B–Side Coun-
selor, et al., Appellees.

Supreme Court of Pennsylvania.

Aug. 20, 2012.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of August,
2012, the order of the Commonwealth
Court is hereby AFFIRMED.